UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OLEG OLEGOVICH BORUKHOV,

                    Petitioner,

       -v.-

LADEON FRANCIS, et al.,

                    Defendants.

25 Civ. 10441 (JHR)

ORDER TO ANSWER

JENNIFER H. REARDEN, District Judge:

Upon consideration of Petitioner Oleg Olegovich Borukhov's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, ECF No. 1, it is hereby ORDERED that:

1. By **December 20, 2025**, pursuant to 28 U.S.C. § 2243, Respondent must "show cause why the writ should not be granted."

2. By **December 23, 2025**, Petitioner shall file any reply.

3. The parties shall reserve **December 29, 2025** at **10:30 a.m.** for a hearing on the Petition.

Petitioner shall serve this Order on the United States Attorney for the Southern District of New York by **10:00 p.m.** today, **December 17, 2025**, and file proof of service on the docket by **11:59 p.m.**

Dated: December 17, 2025
      New York, New York

                                     JENNIFER H. REARDEN
                                     United States District Judge