## BELDOCK LEVINE & HOFFMAN LLP

### 99 PARK AVENUE, PH/26TH FLOOR

JONATHAN C. MOORE
DAVID B. RANKIN
LUNA DROUBI
MARC A. CANNAN
JONATHAN K. POLLACK
HENRY A. DLUGACZ
STEPHEN J. BLUMERT
MYRON BELDOCK (1929-2016)
LAWRENCE S. LEVINE (1934-2004)
ELLIOT L. HOFFMAN (1929-2016)

NEW YORK, N.Y. 10016

TEL: (212) 490-0400

FAX: (212) 277-5880

WEBSITE: blhny.com

COUNSEL
PETER S. MATORIN
CYNTHIA ROLLINGS
KAREN L. DIPPOLD
JODY YETZER
MARJORY D. FIELDS
EMILY JANE GOODMAN
    (JUSTICE, NYS SUPREME COURT, RET.)
FRANK HANDELMAN
SAM KOOLAQ
ASHA SMITH
MATTHEW MELEWSKI

REF:

WRITER'S DIRECT CONTACT:

January 06, 2026

**VIA ECF**

Honorable Jennifer H. Rearden
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

> **MEMO ENDORSED**
> **(p. 2)**

Re:  *Borukhov v. Francis.*, **Case No. 25-cv-10441: Petitioner's First Request to Adjourn Hearing**

Dear Judge Rearden,

Petitioner Mr. Borukhov respectfully requests that the Court adjourn the hearing on Petition, currently scheduled for January 14, 2026 at 9:45 AM, by one week. Due to the Respondents' two requests for extensions to file their opposition, the hearing has been scheduled for a time when counsel for Petitioner is unavailable. Petitioner does **not** request an extension of the briefing schedule and intends to file a reply by January 9, 2026.

On January 5, 2026, Respondents informed counsel for Petitioner that they have no objection to Petitioner's request.

Dated: January 06, 2026
    New York, NY

Respectfully Submitted,

BELDOCK LEVINE & HOFFMAN LLP

99 Park Avenue, PH Suite/ 26 Floor
New York, NY 10016
(212) 490-0400

*Jeremy A. Ravinsky*

_____

Jeremy Ravinsky
Luna Droubi
Matthew Melewski
Tala Alfoqaha

*Attorneys for Petitioner*

cc:    Ariel Cohen
       DOJ-USAO
       Southern District of New York
       26 Federal Plaza
       New York, NY 10278
       212-637-2416
       Email: Ariel.Cohen@usdoj.gov

       *Attorney for Respondents*

Because counsel for Petitioner is unavailable for a hearing on the Petition on January 14, 2026, the Court hereby adjourns the hearing to **January 16, 2026** at **10:45 a.m.** The hearing will be held via Microsoft Teams. The parties will receive log-in credentials via email. The public listen-only line may be accessed by dialing + 1 646-453-4442 and entering code 151 951 49 followed by the pound (#) key.

The Clerk of Court is directed to terminate ECF No. 21.

SO ORDERED.

*Jennifer H. Rearden*
Jennifer H. Rearden, U.S.D.J.
Dated: January 9, 2026

2